AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Valeria Sandoval
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Daniel Romanowski<br>*Defendant(s)* | Case No. SA:24-MJ-00880 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 13, 2024** in the county of **Guadalupe** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Possession with Intent to Distribute 500 grams or more of Methamphetamine<br><br>PENALTIES:<br>10 years - life imprisonment; $10,000,000 fine; 5 years SR<br>$100 mandatory special assessment |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

DAVID CAMACHO (Affiliate) *Digitally signed by DAVID CAMACHO (Affiliate) Date: 2024.06.14 08:42:44 -05'00'*
*Complainant's signature*

David Camacho, TFO, DEA
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: June 14, 2024 at 1:48 p.m.

City and state: San Antonio, Texas

Elizabeth S. Chestney, US Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AGAINST **DANIEL ROMANOWSKI**

I, David Camacho, having been first sworn oath, do duly depose and state as follows:

1. I have been employed as a Deputy Sheriff with the Guadalupe County Sheriff's Office since 2006. Since 2011, I have been assigned to the Guadalupe County Narcotics Division. Since 2018, I have been assigned as a Task Force Officer with the Drug Enforcement Administration. During my employment, I have been personally involved in numerous drug trafficking and money laundering investigations. I have special training in the investigation of drug trafficking organizations, specifically communication exploitation and drug trafficking patterns and techniques. I have participated in this investigation and have thorough knowledge of the facts listed in this complaint.

2. On the evening of Thursday, June 13, 2024, a Guadalupe County Narcotics Task Force K9 Deputy initiated a probable cause traffic stop on a black 2024 Toyota 4Runner. The traffic stop occurred on IH-10 at the 613-mile marker in Seguin, Guadalupe County, Texas, within the Western District of Texas.

3. The Deputy made contact with the driver [later identified as **Daniel ROMANOWSKI**], who was the sole occupant of the vehicle, and notified him of the reason for the stop. **ROMANOWSKI** informed the Deputy that he was returning from Houston and traveling to San Antonio.

4. During this encounter, the Deputy observed physical indicators of nervousness. When asked if there were any illegal narcotics in his vehicle, **ROMANOWSKI** verbally said no and nodded his head yes.

5. The Deputy asked **ROMANOWSKI** for consent to search his vehicle. **ROMANOKSI** denied consent.

6. The Deputy then utilized his K9 to conduct an open-air sniff around the vehicle. The K9 alerted to the odor of illegal narcotics within the vehicle.

7. The Deputy then conducted a probable cause search of the vehicle. During the search, the Deputy located a black duffel bag in the cargo area. Prior to the Deputy opening the duffel bag, **ROMANOWSKI** spontaneously said, "I'm going to jail."

8. During the subsequent search of the duffel bag, the Deputy located 10 clear Ziploc-style baggies containing what appeared to be crystal methamphetamine, which weighed approximately 10 kilograms in total. A field test was conducted on the substance, which indicated a positive reaction for the presence of methamphetamine. Multiple cell phones and multiple drug ledgers were also found in the interior of the vehicle. Based on my training and experience, this quantity of methamphetamine is consistent with distribution. **ROMANOWSKI** was then placed under arrest.

9. **ROMANOWSKI** is currently on federal supervised release (which began in February 2024) out of the Western District of Texas—San Antonio Division stemming from a prior drug trafficking conviction.

10. Based upon the information set forth above, there is probable cause to believe that on or about June 13, 2024, **DANIEL ROMANOWSKI** did knowingly possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A).

DAVID CAMACHO (Affiliate)
Digitally signed by DAVID CAMACHO (Affiliate)
Date: 2024.06.14 08:41:47 -05'00'

David Camacho
DEA Task Force Officer

Signed electronically and sworn to telephonically on June 14, 2024.

Elizabeth Chestney
United States Magistrate Judge